# Order

Michigan Supreme Court
Lansing, Michigan

June 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152868

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                   SC: 152868
                                                    COA: 321600
                                                    Macomb CC: 2013-003648-FC
THOMAS WILLIAM WOOTEN,
        Defendant-Appellant.
_____/

        On order of the Court, the application for leave to appeal the October 29, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016



a0615

Clerk